# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| WILLIAM MARK MCCULLY, | : | Bankruptcy No. 08-16370DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 15th day of December 2008, upon consideration of the Motion to Dismiss Case for Abuse Pursuant to 11 U.S.C. § 707(b)(3) (the "Motion") filed by the United States trustee, after notice and hearing and for the reasons stated in the accompanying Memorandum Opinion;

It is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED** in part. This case shall be dismissed fifteen (15) days from entry of this Order unless the Debtor converts the Chapter 7 case to a case under Chapter 13 before the expiration of that time.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DIANE WEISS SIGMUND
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge